**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00165-CV

**ESTATE OF LINDA JEAN WHETSTONE, DECEASED**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00142-3**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 28, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/    ELIZABETH LANG-MIERS
       PRESIDING JUSTICE